Defendant: **Kids2, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410261 | 1/18/2023 | $758.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408821 | 1/3/2023 | $1,025.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408822 | 1/3/2023 | $949.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408823 | 1/3/2023 | $662.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408824 | 1/3/2023 | $469.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408825 | 1/3/2023 | $945.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408826 | 1/3/2023 | $202.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408827 | 1/3/2023 | $889.14 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408828 | 1/3/2023 | $192.63 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410253 | 1/18/2023 | $96.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410256 | 1/18/2023 | $470.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410257 | 1/18/2023 | $775.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410449 | 1/19/2023 | $807.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410259 | 1/18/2023 | $479.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408818 | 1/3/2023 | $870.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410262 | 1/18/2023 | $1,148.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410263 | 1/18/2023 | $367.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410264 | 1/18/2023 | $557.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410265 | 1/18/2023 | $539.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410266 | 1/18/2023 | $771.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410267 | 1/18/2023 | $651.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410268 | 1/18/2023 | $585.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410270 | 1/18/2023 | $540.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410271 | 1/18/2023 | $403.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410272 | 1/18/2023 | $272.50 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408720 | 12/30/2022 | $14,003.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410258 | 1/18/2023 | $816.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408806 | 1/3/2023 | $672.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408745 | 12/31/2022 | $75,690.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408746 | 12/31/2022 | $81,808.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408796 | 1/3/2023 | $167.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408798 | 1/3/2023 | $47,068.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408798CS2 | 1/3/2023 | ($178.59) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408799 | 1/3/2023 | $63,808.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408799PP2 | 1/3/2023 | ($74.34) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408800 | 1/3/2023 | $849.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408801 | 1/3/2023 | $1,126.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408802 | 1/3/2023 | $665.63 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408803 | 1/3/2023 | $1,318.11 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408820 | 1/3/2023 | $853.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408805 | 1/3/2023 | $888.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408819 | 1/3/2023 | $1,030.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408807 | 1/3/2023 | $1,632.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408808 | 1/3/2023 | $678.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408809 | 1/3/2023 | $793.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408810 | 1/3/2023 | $555.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408811 | 1/3/2023 | $789.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408812 | 1/3/2023 | $749.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408813 | 1/3/2023 | $796.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408814 | 1/3/2023 | $736.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408815 | 1/3/2023 | $379.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408816 | 1/3/2023 | $706.43 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408817 | 1/3/2023 | $626.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410450 | 1/19/2023 | $773.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2408804 | 1/3/2023 | $934.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2411607 | 1/27/2023 | $111.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410273 | 1/18/2023 | $359.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | PPD122722AI1 | 12/27/2022 | ($322,301.86) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410461 | 1/19/2023 | $570.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410459 | 1/19/2023 | $1,130.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410458 | 1/19/2023 | $610.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410457 | 1/19/2023 | $545.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410456 | 1/19/2023 | $723.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410455 | 1/19/2023 | $1,052.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410454 | 1/19/2023 | $805.59 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822968 | $1,000.00 | 2/22/2023 | 2410453 | 1/19/2023 | $1,293.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411105 | 1/24/2023 | $270.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411092CS2 | 1/24/2023 | ($418.04) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411085 | 1/24/2023 | $933.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411087 | 1/24/2023 | $947.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411087CS2 | 1/24/2023 | ($926.40) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411088 | 1/24/2023 | $825.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411090 | 1/24/2023 | $976.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411091 | 1/24/2023 | $721.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411092 | 1/24/2023 | $986.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411084 | 1/24/2023 | $590.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411094 | 1/24/2023 | $553.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411095 | 1/24/2023 | $617.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411096 | 1/24/2023 | $788.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411098 | 1/24/2023 | $439.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411082 | 1/24/2023 | $1,142.59 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411102 | 1/24/2023 | $419.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411071 | 1/24/2023 | $668.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411106 | 1/24/2023 | $413.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411107 | 1/24/2023 | $434.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411109 | 1/24/2023 | $612.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411110 | 1/24/2023 | $321.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411099 | 1/24/2023 | $720.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410467 | 1/19/2023 | $1,060.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2408797 | 1/3/2023 | $83.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410254 | 1/18/2023 | $71,286.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410254CS2 | 1/18/2023 | ($555.84) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410260 | 1/18/2023 | $902.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410452 | 1/19/2023 | $756.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410460 | 1/19/2023 | $1,338.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410462 | 1/19/2023 | $243.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410463 | 1/19/2023 | $960.37 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411075 | 1/24/2023 | $738.37 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410466 | 1/19/2023 | $1,260.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411080 | 1/24/2023 | $685.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410468 | 1/19/2023 | $416.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410470 | 1/19/2023 | $717.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410471 | 1/19/2023 | $476.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410471CS2 | 1/19/2023 | ($324.18) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | PPD122722AI3 | 12/27/2022 | ($95,646.87) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411073 | 1/24/2023 | $806.44 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411076 | 1/24/2023 | $722.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411078 | 1/24/2023 | $842.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2411079 | 1/24/2023 | $889.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823224 | $1,000.00 | 3/23/2023 | 2410465 | 1/19/2023 | $1,297.92 |

**Totals:**   2 transfer(s),   $2,000.00